UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) | Civ. No. 05-_____ |
| Appellants, | ) | |
| against | ) | |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P; ZAPIS CAPITAL; and BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) | |
| Appellees. | ) | |

## NOTICE OF APPEAL UNDER FED. R. BANKR. P. 8001

Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC, appeal under 28 U.S.C. § 158(a) from the August 19, 2005 order (Bankr. D.I. 423) entered in the above-captioned case by the United States Bankruptcy Court for the District of Delaware, a copy of which is attached hereto as Exhibit A (the "Order"), approving a settlement agreement between SGP Acquisition, LLC ("SGP"), SGP's creditors' committee, the Provident Bank, Kimolos II, L.P., Zapis Capital

and Benesch, Friedlander, Coplan & Aronoff LLP.[1] The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their attorneys (to the extent known) are as follows:

1. **SGP Acquisition, LLC:**

| | | |
|---|---|---|
| H. Jeffrey Schwartz<br>Benesch, Friedlander,<br>Coplan & Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635 | -and- | Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Hoffman<br>913 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(301) 351-8000 |

2. **The Creditors' Committee of SGP Acquisition, LLC:**

| | | |
|---|---|---|
| Josef S. Athanas, Esq.<br>Latham & Watkins<br>Suite 5800 Sears Tower<br>Chicago, IL 60606<br>(312) 876-7700 | -and- | Francis A. Monaco, Jr., Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162 |

3. **Provident Bank:**

| | | |
|---|---|---|
| Diana M. Thimmig, Esq.<br>Roetzel & Andress<br>1375 East 9th Street<br>One Cleveland Center<br>Cleveland, OH 44114<br>(216) 623-0150 | -and- | Todd C. Schiltz, Esq.<br>Wolf, Block, Schorr & Solis-Cohen<br>Wilmington Trust Center<br>1100 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 777-0312 |

---

[1] Slazenger appealed from an identical order, dated July 15, 2005 (Bankr. D.I. 386) on July 21, 2005 (Civ. No. 05-cv-00563-GMS). SGP, however, resubmitted the July 15, 2005 order to the bankruptcy court as it had failed to attach an exhibit to the July 15 order. The corrected version of the order includes a copy of the previously omitted exhibit, and the bankruptcy court approved the corrected order on August 19, 2005. Slazenger will seek to consolidate this appeal with its prior appeal as both appeals involve the same substantive order.

4. **Kimolos II, L.P.:**

| | | |
|---|---|---|
| Kimolos II, L.P.<br>22900 Center Ridge Road, #216<br>Rocky River, OH 44116 | -and- | William E. Coughlin<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-2688<br>(216) 622-8200 |

5. **Zapis Capital:**

| | | |
|---|---|---|
| Richard Bongorno, CFO<br>Zapis Capital Group LLC<br>26202 Detroit Road, Suite 300<br>Westlake, OH 44145 | -and- | William E. Coughlin<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-2688<br>(216) 622-8200 |

6. **Benesch, Friedlander, Coplan & Aronoff LLP**

H. Jeffrey Swartz, Esq.
Benesch, Friedlander,
Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

7. **Office of The United States Trustee:**

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street
Lockbox #35
Wilmington, DE 19899-0035
(302) 573-6491

Dated: August 29, 2005
       Wilmington, Delaware

                              Zuckerman Spaeder LLP

                              By: _____
                                   Thomas G. Macauley (ID No. 3411)
                                   Elizabeth D. Power (ID No. 4135)
                            919 Market Street
                            Suite 990
                            Wilmington, DE 19801
                            (302) 427-0400

                            -and-

                            Schulte Roth & Zabel LLP
                            Michael L. Cook (MLC-7887)
                            David M. Hillman (DMH-8666)
                            Sophie S. Kim
                            919 Third Avenue
                            New York, New York 10022
                            (212) 756-2000

                            -and-

                            Haynsworth Sinkler Boyd, P.A.
                            Andrew J. White, Jr.
                            Jesse C. Belcher
                            75 Beattie Place
                            Two Liberty Square
                            Greenville, South Carolina 29601
                            (864) 240-3200

                            Counsel for Slazengers Limited,
                            Dunlop Slazenger International
                            Limited, Dunlop Slazenger
                            Manufacturing LLC and Dunlop
                            Sports Group Americas, Inc.