**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **04-13382**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2900 ext. 5115
Case Type: Appeal **- AP-05-63**

**Order and Date Entered**
Order Under Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement Between The Debtor and Other Key Parties In Interest in this Chapter 11 Case. (related document(s)386, 381, 364, 382 ) Signed on 8/19/2005

| | |
|---|---|
| **Debtor:** | SGP Acquisition LLC |
| **Counsel:** | **Frederick B. Rosner** |
| | Jaspan Schlesinger Hoffman |
| | 913 Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 351-8000** |
| | |
| **Appellant(s):** | Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; Dunlop Slazenger Manufacturing LLC |
| **Counsel:** | **Elizabeth D. Power** |
| | 919 Market Street, Suite 990 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 427-0400** |
| | |
| **Appellees:** | SGP Acquisition LLC |
| **Counsel:** | **Frederick B. Rosner** |
| | Jaspan Schlesinger Hoffman |
| | 913 Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 351-8000** |
| | |
| **Appellees:** | Creditors' Committee of SGP Acquisition, LLC |
| **Counsel:** | **Francis A. Monaco, Jr., Esq.** |
| | Monzack & Monaco, P.A. |
| | 1201 N. Orange Street, Suite 400 |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 656-8162** |

| | |
|---|---|
| **Appellees:** | Provident Bank |
| **Counsel:** | **Todd C. Schiltz, Esq.** |
| | Wolf, Block, Schorr & Solis-Cohen |
| | Wilmington Trust Center |
| | 1100 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 777-0312** |

| | |
|---|---|
| **Appellees:** | Kimolos II, L.P. and Zapis Capital |
| **Counsel:** | **William E. Coughlin** |
| | Calfee, Halter & Griswold LLP |
| | 1400 McDonald Investment Center |
| | 800 Superior Avenue |
| | Cleveland, OH 44114-2688 |
| **Telephone:** | **(216) 622-8200** |

| | |
|---|---|
| **Appellees:** | Benesch, Friedlander, Coplan & Aronoff LLP |
| **Counsel:** | **H. Jeffrey Swartz, Esq.** |
| | Benesch, Friedlander, Coplan & Aronoff LLP |
| | 2300 BP Tower |
| | 200 Public Square |
| | Cleveland, OH 44114-2378 |
| **Telephone:** | **(216) 363-4635** |