IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # **4

IN RE: SGP Acquisition LLC

|  |  |  |
|---|---|---|
| Slazengers Limited  et al | ) | |
|  | ) | |
| Appellant | ) | Civil Action No.  05-688 |
| v. | ) | |
|  | ) | |
|  | ) | |
| SGP Acquisition LLC et al | ) | |
| Appellee | ) | Bankruptcy Case No.04-13382 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/19/05 was docketed in the District Court on 9/20/05:

> Order Under Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                                Peter T. Dalleo
                                                                Clerk of Court


Date:   September 21, 2005

To:     U.S. Bankruptcy Court
        Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: SGP Acquisition LLC

| | | |
|---|---|---|
| Slazengers Limited et al | ) | |
| Appellant | ) | Civil Action No. 05-688 |
| v. | ) | |
| SGP Acquisition LLC et al | ) | |
| Appellee | ) | Bankruptcy Case No.04-13382 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/19/05 was docketed in the District Court on 9/20/05:

> Order Under Rule 9019 of the Federal Rules of Bankruptcy Procedure
> Approving Settlement Agreement Between the Debtor and Other Key
> Parties in Interest in this Chapter 11 Case.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

    Peter T. Dalleo
    Clerk of Court

Date:   September 21, 2005

To:   U.S. Bankruptcy Court
      Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: SGP Acquisition LLC

| | | |
|---|---|---|
| Slazengers Limited  et al | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  05-688 |
| v. | ) | |
| | ) | |
| | ) | |
| SGP Acquisition LLC et al | ) | |
| Appellee | ) | Bankruptcy Case No.04-13382 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/19/05 was docketed in the District Court on 9/20/05:

Order Under Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                            Peter T. Dalleo
                                            Clerk of Court

Date:   September 21, 2005

To:     U.S. Bankruptcy Court
        Counsel