IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SGP ACQUISITION, LLC,<br><br>          Debtor.<br><br>SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC,<br><br>          Appellants,<br><br>against<br><br>SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P.; ZAPIS CAPITAL; AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP,<br><br>          Appellees. | Chapter 11<br><br>Case No. 04-13382 (CSS)<br><br><br><br>Civ. No. 05-CV-563 (GMS)<br>Civ. No. 05-CV-688 (GMS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the above-captioned appeals are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: November 28, 2006

_/s/ Elizabeth D. Power_
Thomas G. Macauley (ID No. 3411)
Elizabeth D. Power (ID No. 4135)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE 19801
(302) 427-0400

_/s/ Laurie Polleck_
Laurie Polleck (ID No. 4300)
JASPAN SCHLESINGER HOFFMAN
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

_____
Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

_____
William E. Coughlin, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital

IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

<div style="display: flex;">

<div>

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

_____
Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

</div>

<div>

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

*/s/ Mark A. Phillips*
Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

_____
William E. Coughlin, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital

</div>

</div>

IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

2

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

---

Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

---

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

/s/ James M. Lawniczak
---
James M. Lawniczak, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital

IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

2